**FILED**

MAR 25 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RENE LEMUS-ESCOBAR, Petitioner, v. PAMELA BONDI, Attorney General, Respondent. | No. 18-73423 Agency No. A029-182-463 Board of Immigration Appeals **ORDER** |
| RENE LEMUS-ESCOBAR, Petitioner, v. PAMELA BONDI, Attorney General, Respondent. | No. 19-71892 Agency No. A029-182-463 Board of Immigration Appeals |

A panel referred this matter to mediation. Mediation efforts have been exhausted. Accordingly, this case is released from the Mediation Program.

The conference previously scheduled for April 01, 2025, is canceled.

FOR THE COURT:

Stephen M. Liacouras
Chief Circuit Mediator

vs/mediation