UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 26 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

RENE LEMUS-ESCOBAR,

Petitioner,

v.

PAMELA BONDI, Attorney General,

Respondent.

No. 18-73423
19-71892

Agency No. A029-182-463

ORDER

Before: GRABER and OWENS, Circuit Judges, and ZOUHARY,[*] District Judge.

Submission of this case was withdrawn on February 13, 2025. This case is resubmitted effective March 26, 2025.

---

[*] The Honorable Jack Zouhary, United States District Judge for the Northern District of Ohio, sitting by designation.